# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS C. HILL,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
NANCY L. ALLF, DISTRICT JUDGE,
Respondents,
  and
SERINA TULILI LEIATAUA,
Real Party in Interest.

No. 75639

**FILED**

MAY 10 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

---

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying, on reconsideration, a motion to strike expert witness reports.

Having reviewed this petition and the supporting documents, we are not satisfied that this court's intervention by way of extraordinary relief is warranted. *See* NRAP 21(b); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). In particular, trial is scheduled to commence next week, and petitioner has an adequate and speedy legal remedy in the form of an appeal from any adverse final judgment, precluding writ relief. NRS 34.170; NRS 34.330; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 225, 88 P.3d 840, 841 (2004); *see also Archon Corp. v. Eighth Judicial Dist. Court*, 133 Nev., Adv. Op. 101, 407 P.3d 702, 706 (2017) (recognizing that "[a] writ of mandamus is not a substitute for

18-17748

an appeal," but rather, the writ should be used sparingly, "for extraordinary causes"). Accordingly, we

ORDER the petition DENIED.[1]

_____Cherry_____, J.
Cherry

_____Parraguirre_____, J.
Parraguirre

_____Stiglich_____, J.
Stiglich

cc: Hon. Nancy L. Allf, District Judge
Bremer Whyte Brown & O'Meara, LLP/Las Vegas
Law Offices of Eric R. Blank
Eighth District Court Clerk

---

[1]In light of this order, petitioner's emergency motion for stay is denied as moot.